# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO RODRIGUEZ, et al.,<br><br>   Plaintiffs<br><br>v.<br><br>ACRYLIC TANK MANUFACTURING OF NEVADA and WAYDE R. KING,<br><br>   Defendants | Case No.: 2:21-cv-00079-APG-DJA<br><br>**Order** |

There has been no activity in this case for several months after a clerk's entry of default was entered against defendant Acrylic Tank Manufacturing of Nevada in March of 2022 and defendant Wayde King filed a notice of bankruptcy in September of 2022. ECF Nos. 12, 13.

I THEREFORE ORDER that by March 17, 2023, the parties shall file a status report regarding whether this case may proceed against one or both defendants and if so, how the parties intend to proceed.

DATED this 1st day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE