**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERNANDO RODRIGUEZ, et al., | Case No.: 2:21-cv-00079-APG-DJA |
| Plaintiffs | **Order** |
| v. | |
| ACRYLIC TANK MANUFACTURING OF NEVADA and WAYDE R. KING, | |
| Defendants | |

There had been no activity in this case for several months after default was entered against defendant Acrylic Tank Manufacturing of Nevada in March of 2022 and defendant Wayde King filed a notice of bankruptcy in September of 2022. ECF Nos. 12, 13. I therefore ordered the parties to file a status report regarding whether this case may proceed against one or both defendants and, if so, how the parties intended to proceed. ECF No. 14. The plaintiffs responded by indicating that they could take no further action against King because of the automatic bankruptcy stay and they were investigating whether the stay also applied to Acrylic Tank. ECF No. 15. Since then, the bankruptcy proceeding has been closed.

I THEREFORE ORDER that by July 27, 2023, the plaintiffs must either voluntarily dismiss their claims against the defendants or otherwise take action to enforce those claims. If the plaintiffs do not take either of these actions by that date, I will dismiss the complaint without prejudice and without further notice.

DATED this 5th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE